In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00539-CR
_____

STEVEN DALE SANDLIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 14-07-07549 CR

ORDER

Steven Dale Sandlin filed a request to supplement the appellate record. The appellant's request to supplement the reporter's record with grand jury testimony is denied because the reporter's record does not reflect that the grand jury testimony was admitted into evidence before the trial court. *See generally* Tex. R. App. P. 34.6(d). The appellant's request to supplement the clerk's record with the State's Standing Discovery Case File is denied because the files of the Montgomery County District Attorney's Office are not records of the trial court filed with the

1

District Clerk. *See generally* Tex. R. App. P. 34.5(c). The appellant's request to supplement the clerk's record with the pre-sentence investigation report is granted. *Id.* We direct the trial court clerk to prepare and file under seal a supplemental clerk's record containing the pre-sentence investigation report. If the pre-sentence investigation report was not filed with the District Clerk, the clerk may certify to the unavailability of the document. The supplemental clerk's record is due June 22, 2015.

ORDER ENTERED May 21, 2015.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.